IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SAMSUNG AUSTIN SEMICONDUCTOR, LLC, | § § § | No. 1-23-cv-114 |
| Plaintiff, | § § | |
| vs. | § § | |
| FACTORY MUTUAL INSURANCE COMPANY, | § § § | |
| Defendant. | | |

# ORDER DISMISSING CASE WITH PREJUDICE

The Court has before it the Joint Stipulation of Dismissal filed by Plaintiff Samsung Austin Semiconductor, LLC, and Defendant Factory Mutual Insurance Company. (Dkt. # 55.) The Court is of the opinion that such Stipulation is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that all claims and causes of action in the above-captioned lawsuit are **DISMISSED** in their entirety **WITH** prejudice, and that, as between Plaintiff and Defendant, each will bear their own costs, expenses, and legal fees in this case.

The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

**IT IS SO ORDERED.**

1

**DATED:** Austin, Texas, September, 25, 2024.

_____
DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE